# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYRIC ARBOR DRIVE TRUST,
                    Appellant,
vs.
BANK OF AMERICA, N.A.,
                    Respondent.

No. 79101

FILED

MAR 1 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Linda Marie Bell, Chief Judge
     Law Offices of Michael F. Bohn, Ltd.
     Akerman LLP/Las Vegas
     Eighth District Court Clerk

20-09974